UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL CZAJKOWSKI,
Individually and as Executor of the
Estate of Stanley Czajkowski, Sr.; and
as Successor Co-Trustee of the Stanley
Czajkowski, Sr. and Longine
Czajkowski Living Revocable Trust

    Plaintiff,

v.                                                     Case No: 2:15-cv-267-FtM-29CM

GARY PEAL, ROBERT
ROBINSON, F. STEVEN HERB
and NELSON HEESE, L.L.P.,

    Defendants.
_____

## ORDER

Before the Court is Plaintiff's Designation of Local Counsel and Consent to Act, Pursuant to this Court's Order of December 8, 2015 (Doc. 61), filed on December 22, 2015. On December 8, 2015, this Court entered an Order (Doc. 55) granting the request of Attorney Hamden H. Baskin, Attorney Jeffrey A. Eisel and the Law Firm of Baskin Fleece, Attorneys at Law ("Baskin Fleece") to withdraw as counsel of record for Plaintiff. Doc. 55 at 1. Attorney Baskin, Attorney Eisel and Baskin Fleece also acted as local counsel for Attorney Richard Flynn who was admitted *pro hac vice*. *Id.* at 2. Because Attorney Flynn sought to remain as counsel for Plaintiff, the Court directed Attorney Flynn to file with the Court a written designation and consent-to-act on the part of some member of the bar of this Court who agrees to act as local counsel in this matter pursuant to local rule 2.02(a). *Id.*

The present motion requests that the Court designate Attorney Andy Dogali, Esq. as local counsel. Attorney Dogali, of the Dogali Law Group, P.A., 101 East Kennedy Boulevard, Suite 1100, Tampa, FL 33602, is a member in good standing of the Bar of this Court who has been designated and consents to act as local counsel in this matter and shall accept service of all notices and papers on behalf of Plaintiff pertaining to this cause of action.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Designation of Local Counsel and Consent to Act, Pursuant to this Court's Order of December 8, 2015 (Doc. 61) is **GRANTED**. Attorney Dogali has been designated and consents to act as local counsel in this matter and shall accept service of all notices and papers on behalf of Plaintiff pertaining to this cause of action.

**DONE** and **ORDERED** in Fort Myers, Florida on this 23rd day of December, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record