UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL CZAJKOWSKI,
Individually and as Executor of the
Estate of Stanley Czajkowski, Sr.; and
as Successor Co-Trustee of the Stanley
Czajkowski, Sr. and Longine
Czajkowski Living Revocable Trust

    Plaintiff,

v.

GARY PEAL, ROBERT
ROBINSON, F. STEVEN HERB
and NELSON HEESE, L.L.P.,

    Defendants.

Case No: 2:15-cv-267-FtM-29CM

## ORDER

Before the Court is Defendant Steven Herb's Unopposed Motion to be Excused from Personal Appearance at Mediation (Doc. 65), filed on January 11, 2016. The parties have mediation scheduled for January 22, 2016. Doc. 65 at 2. Defendant Herb requests to be excused from personal appearance at mediation due to a preexisting out-of-state commitment involving terminally ill family member. *Id.* at 1. Defendant Herb states that a representative will be present with full authority to resolve the claims. *Id.* Therefore, Defendant Herb requests to be excused from the attending the mediation in person or alternatively, he requests to be permitted to attend the mediation by phone. *Id.* at 2. Plaintiff has no objection to the request. *Id.* at 3.

The use of telephonic hearings and conferences is generally encouraged. M.D. Fla. Rule 3.01(I). Further, Local Rule 9.01(b) provides that it is "the purpose of the Court, through adoption and implementation of [Local Rule 9.01], to provide for an alternative mechanism for the resolution of civil disputes . . . with resultant savings in time and costs to the litigants and to the Court. . . ." M.D. Fla. Rule 9.01(b). Given that the parties are in agreement regarding the Defendant Herb's request to be excused from personal appearance at mediation and his representation to the Court that a representative from the firm will be present in person for the mediation, the Court will grant the Motion. Defendant Herb, however, shall remain available by telephone as needed throughout the *entirety* of the mediation. Additionally, the Court directs the parties to notify the mediator in advance of Defendant Herb's absence.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant Steven Herb's Unopposed Motion to be Excused from Personal Appearance at Mediation (Doc. 65) is **GRANTED**.

2. Defendant Herb is excused from personal appearance at mediation. Defendant Herb shall remain available by telephone as needed throughout the entirety of the mediation.

3. The parties must notify the mediator in advance of Defendant Herb's absence.

**DONE** and **ORDERED** in Fort Myers, Florida on this 12th day of January, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record